**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **OSCAR MADRID,** | **CIVIL ACTION** |
| **Plaintiff** | |
| | |
| **VERSUS** | **NO. 15-965** |
| | |
| **N. BURL CAIN, WARDEN,** | **SECTION "E" (5)** |
| **Defendant** | |

## ORDER

The Magistrate Judge entered a Report and Recommendation on June 6, 2016, recommending that Petitioner, Oscar Madrid's petition for *habeas corpus* relief be dismissed with prejudice.[1] Madrid timely objected.[2] The Court, having considered the petition, the record, the applicable law, the Report and Recommendations of the United States Magistrate Judge, and Madrid's objections to the Report and Recommendations, hereby overrules Madrid's objections and approves the Report and Recommendations of the Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the petition of Oscar Madrid for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE.**

**New Orleans, Louisiana, this 27th day of October, 2016.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 20.
[2] R. Doc. 21.